

RECEIVED EAA

JUL 13 2015
7-13-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Falanzo Marquest Hixson

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Micheal Lemke

Durrant

Malkowski

SAleh Obaisi

Hundley A. Davis

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

15c 6151
Judge Thomas M. Durkin
Magistrate Judge Jeffrey Cole
PC 1

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Falanzo Marquest Hixson

B. List all aliases: N/A

C. Prisoner identification number: K-83547

D. Place of present confinement: Stateville Correctional Center

E. Address: P.o. Box 112   Joliet, Illinois 60434

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Michael Lemke

Title: Warden

Place of Employment: Stateville Co. Center

B. Defendant: Durrant

Title: Sargent

Place of Employment: Stateville Co. Center

C. Defendant: Malkowski

Title: Lieutenant

Place of Employment: Stateville Co. Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Defendant's Cont.

D. Defendant: SAleh Obaisi
   Title: Medical Director
   Place of Employment: Stateville Co. Center/
   Wexford Health Source's, Inc.

E. Defendant: Hudley A. Davis
   Title: Doctor
   Place of Employment: Stateville Co. Center/ Wexford
   Health Source's, Inc.,

III.    List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A.    Name of case and docket number: *None*
       *None*

B.    Approximate date of filing lawsuit: *None*

C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: *None*

D.    List all defendants: *NONE*

E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county):

F.    Name of judge to whom case was assigned: *None*

G.    Basic claim made: *None*

H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): *None*

I.    Approximate date of disposition: *None*

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Claim # 1 (inhumane Living Conditions)

1.) On 6-2-13, the plaintiff wrote Mr. Durrant (F. Cell House Sergent)(Defendant) complaining and enlightening Defendant Durrant that the plaintiff cell was infested with Roaches, Rats and/or mice, spiders, black mold covered most of the back wall of cell # 152 and paint chipping's and peeling's off the walls, (see: Exhibit # 1).

2.) Approximately 6-days later; On 6-8-13, plaintiff wrote Defendant Durrant a second letter of complaint and reiterated the inhumane living conditions of letter 6-2-13, And once again respectfully requested that Defendant Durrant Eliminate the Unconstitutional living Conditions, NotWithStanding the fact that plaintiff discovered a Spider crawling in his food tray. (SEE; Exhibit # 2)

3.) On 6-15-13 as a result of Defendant Durrant deliberate Conduct, the plaintiff decided to write Mr. Malkowski

4

Statement of Claim Cont.

(F. House Lieutenant)(Defendant) to make Defendant Malkowski aware of the plaintiff constant Verbal and written Attempts to try and remedy the prohibited living Conditions with Defendant Durrant. And, thereafter, described the infestation of roaches, mice And/or Rats, Spiders, other Seasonal bugs, Blackmold over the back wall and paint chippings and peeling. Whereas, the Maintenance man told plaintiff that As A result of the paint peelings, plaintiff is being exposed to Asbestosis, (See; Exhibit #3)

4.) On 6-18-13, the plaintiff wrote Defendant Malkowski A second letter and restated the Inhumane living Conditions Which the plaintiff was constantly being Subjected to and requested that Defendant Malkowski Fix these Unconstitutional Conditions, (See; Exhibit #4)

5.) On 6-21-13, plaintiff Continued his quest in finding A remedy to the inhumane Conditions by writing A letter of Complaint to Mr. Lemke (Warden of Stateville) (Defendant) (See; Exhibit #5)

6.) On 7-3-13, plaintiff once again wrote Defendant Lemke to Seek A remedy to plaintiff inhumane living Conditions in Which plaintiff was Enduring everyday (See; Exhibit #6)

Statement of Claims Cont.

7.) Because of Defendants Durrant, Malkowski, and Lemke deliberately, intentionally, and with reckless disregard Allowed plaintiff to continue to Endure the inhumane living conditions, soo plaintiff filed An institutional Grievance on 7-23-13. (SEE: Exhibit #7).

8.) Whereas, in Exhibit #7, plaintiff restates the infestation of roaches, mice And/or Rats, Spiders, Mold over the back wall, peeling and chipping paint, Which thereafter Exposed the plaintiff to Asbestosis, Seasonal bug's As well As informed the grievance Officer that the plaintiff has wrote many letter's of Complaint to Defendants Durrant, Malkowski, And Lemke.

9.) Thereafter, Approximately 8-months later on 3-9-14, plaintiff wrote a Second grievance Which plaintiff inquired about not receiving a response to the 7-23-13 grievance. (SEE; Exhibit #8)

10.) In this Second grievance (3-9-14) Plaintiff requested that the deplorable living Conditions be fixed or moved to a different Cell And/or Cell-House, (SEE; Exhibit #8; Under Relief Requested).

Statement of claims Cont.

## Claim # 2 - Denial Of Medical Treatment.

11.) The plaintiff incorporates the Allegations Contained in paragraph's 1-10 and Re-Allege's those Allegations AS if fully restated herein.

12.) On 7-20-13, plaintiff Wrote Defendant Malkowski A request for medical treatment And Enlighting Defendant Malkowski to the fact that plaintiff Was "Experiencing Extreme Pain" in the right Ear and Constant Crackling Which Caused plaintiff not to Sleep, (see; Exhibit #9).

13.) On 7-21-13, plaintiff Continued his desperate quest to obtain Some Medical treatment for the Excruciating pain and wrote DR. DAVIS (Defendant) to request the medical treatment which plaintiff needed for the right Ear, whereas the pain Was So Severe that plaintiff Could not Sleep, (SEE; Exhibit #10)

14.) Also, On 7-21-13 plaintiff Wrote DR. Obaisi (Defendant) the Plaintiff Defendant Obaisi of Not being Able to hear out of the right Ear Which Was Causing Plaintiff Extreme pain and plaintiff Was not Able to Sleep AS A result, (SEE; Exhibit #11)

Statement of Claims Cont.

15.) On 7-24-13, plaintiff wrote Defendant Lemke to inform him (Lemke) of his (Plaintiff) Continued quest for medical treatment whereas plaintiff right Ear was in extreme pain and Crackling Sound's which was driving plaintiff to Stay up at night. plaintiff Also told Defendant Lemke of the Medical Request Letter's which the plaintiff Sent to Defendant Davis and Defendant Obaisi and how these two (2) Defendant's Are ignoring plaintiff respectful requests, (SEE; Exhibit #12)

## Claim #3- Inadequate Medical Treatment.

16.) The Plaintiff incorporate's the Allegation's Contained in paragraph's 1-27 and Re-Allege's those Allegation's As if fully restated herein.

17.) After Approximately 3-week's of excruciating and debilitating pain and Unnecessary Suffering, On 8-6-13, Plaintiff was finally taken to the F-House Sick-Call, (SEE; Exhibit #13).

18.) After registered nurse (R/N) Janettas Examined plaintiff right Ear, plaintiff was immed-iately Rushed to the Emergency room. Where

Statement of Claim Cont.

Defendant DAVis Continued the Examination of plaintiff Right EaR, (SEE; Exhibit #13)

19.) Defendant Davis Flushed plaintiff right EaR, (SEE; Exhibit #14)

20.) Anthropod Flushed and removed from plaintiff right Ear. (SEE; Exhibit #14)

21.) As A result of the insects Eating (the Crackling Sound) away at plaintiff right Ear, plaintiff Was diagnois with having A Swollen infected Ear" And the plaintiff was prescribed Antibiotics, Neomycin, polymyxin B-Sulfates, Hydrocortisone Otic, and Cortisporin. (SEE; Exhibit #15 and #16)

~~and but to and and), plaintiff endured to suffer Excruciating pain.~~

22.) On the same day which Defendant Davis pre-Scribed the Above medication, plaintiff begged Def endant Davis for some pain medication to Ease the Extreme pain which plaintiff was Enduring, (SEE; Exhibit's #15 and ~~#16~~).

Statement of Claim Cont.

23.) Based on Defendant Davis Examination and medication prescription, Defendant Davis possess full Knowledge that plaintiff was in extreme pain and Defendant Davis Subjectively Knew that if plaintiff was not prescribed Any pain Medication, Such inaction's Would Excerbate plaintiff pain and condition.

24.) On 8-13-13, plaintiff wrote Defendant ~~Davis~~ Lemke to inform him (lemke) of plaintiff Condition As well as to request that he (lemke) instruct Defendant Davis to prescribe plaintiff Some painful Swollen Ear° infection, But to no Avail. plaintiff Continued to Suffer Excruciating pain. (see: Exhibit #15)

25.) on 9-24-13 plaintiff wrote A institutional Grievance Concerning plaintiff Not receiving Adequate medical treatment, (See: Exhibit #17)

26.) All the herein Defendants intentionally and Deliberately Violated Plaintiff 8th and 14th Amendment rights of the Constitution, Whereas, these Defendants Action's and/or inaction's Was Reckless, Sadistic and malious with little to no

Statement of Claim Cont.

26 cont.) Regard in relieving the plaintiff from the excruciating debilitating pain and unnecessary Suffering before, during, And After the fact in which the plaintiff Complained of the infestation of Roaches, Spiders, mice And/or rats, Seasonal bugs as well as paint peelings and chipping's.

27.) The plaintiff Continued to complain about hearing A "Crackling" Sound in plaintiff right Ear and thereAfter receiving inAdequate medical treatment. The intentional and deliberate delay's was malious, which the herein Mention Defendants indulged in and it is prohibited by the Constitution. Whereas, Such malious delay's extended the plaintiff pain and Suffering Unnecessarily.

28.) All the herein Mentioned Defendants ARE being Sued in their individual and/or Official Capasity.

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Enter ~~favor~~ Judgement in favor of plaintiff and Against; Defendant Lemke, in the Amount of $20,000.00 dollar's Compensatory Damages; $30,000.00 dollar's punitive Damages; Defendant Durrant, in the Ammount of $20,000.00 dollar's Compesatory Damage's; $30,000.00 dollar's punitive Damages; Defendant Malkowski, Obaisi, and Davis in the Amount of $20,000.00 Compensatory Damages; $30,000.00

**VI.    The plaintiff demands that the case be tried by a jury.**  ☒ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 16+h day of June, 20 15

_Falanzo Hixson_
(Signature of plaintiff or plaintiffs)

Falanzo Hixson
(Print name)

K-83547
(I.D. Number)

P.o. Box 112 Joliet Il- 60434
(Address)

Relief Cont.
 Any And All Attorney Fee's;
Any And All Court Cost and filing Fee's that
this Action and/or Case Accumilated;
 Any And All Other relief that this Court
deem's Appropiate And Just.


## Exhaustion of Administrative Remedies.

29) Plaintiff used the grievance procedure to
rectify the inhumane living Conditions. When plaintiff
did not receive a response to Said grievance he wrote
The grievance office in an attemp to find out the
status of Said grievance. When plaintiff didn't hear
a response he filed a nother grievance, After Multiple
Attemps to get A status Check (See: Exhitbits # 18,19, and
20). Still No response. Plaintiff wrote his Counselor
~~Russ~~ Mansfield to check on my Grievances, on
April 30, 2015, Counselor Mansfield informed
Plaintiff that the grievance office has No record
of the inhumane living Conditions grievance he
filed. (see: Grievances # 7 & 8) ~~Also Prison~~ with
regards to plaintiff medical treatment he Also
used the grievance procedure Available at Statevill
Correctional Center. When plaintiff exhausted

# Exhaustion of Administrative Remedies
## Cont.

his administrative remedies at the institutional level he appealed the decision to the Administrative Review board.

\*Affidavit Attached As Exhibit #21

*Exhibit #1*

June 2nd 2015

To: Sergant Durrant
From: Falanzo Hixson # K-83547
Subject: Conditions Of my Cell

Mr. Durrant, I AM Currently Housed in Cell # 152. Sir, my cell is infested with Roaches, mice And/or Rats, Spiders And Other Seasonal bug's. Moreover, the back wall of my cell is covered with Black mold and there are paint Chipping And the Peeling of paint All over my Cell. I would Truly Appreciate it if the Above described Conditions Could be Remedied.

Respectfully

Falanzo Hixson K83547

(Exhibit #2)

TO: Sergeant Durrant                June 8th 2013
From: Falanzo Hixson #83547

Please Acknowledge: This is my Second letter Of Complaint (AFTER Several Verbal Complaint's) Concerning The Conditions Of my Cell (#152) Sir As i described in my 1st letter, My cell is infested With Roaches, mice, And Rats, Spider's As well As Seasonal bug's.

Also the back of my wall is Covered with Black Mc And there Are Paint chipping's And Paint Peeling's All over my Cell, I Even found A Spider Crawling in my food Tre

Sergeant Durrant, Can you At least find A Segr gation Cell where these Condition's don't Exist And move me there. If not, Can you Eliminate the inhumane Conditions in my cell.

Respectfully

Falanzo Hixson #83547

(Exhibit #3)

To: Lieutenant Malkowski          June 15th 2019
From: Falanzo Hixson #K83547
Subject: Condition of my Cell

After Several Verbal Complaint's I Wrote Sargeant
Durrant Two(2) Complaining letter's Concerning the
Condition of my Cell (152) Sir, my cell is infested With
Roache's, Mice And/or Rat's, Spiders And Seasonal Bug's.
There ARE Paint Chipping's And Paint Peeling All OVER
Cell, As Well As Black Mold All over the back Wall
Since I been in this Cell I had a spider Crawling on
my food TRay, Not Withstanding the Conversation i had
With a Maintenance Man; Who indicated to Me that
When this paint Peel And chip OFF the wall, I Am
being Exposed to Asbestosis, LT. Malkowski, Can you
please fix these inhumane Conditions Which is in
Complete opposite to my Constitutional Rights.

Falanzo Hixson                    Respectfully
#K-83547

(Exhibit #4)

To: LT.
MaiKowski                          June 18TH 2013
From: Falanzo Hixson #K83547
Subject: Conditions Of My Cell

I Am Occupying Cell #152. I have Verbally
Complained to Sargeant Durrant As well As wrote
letters of Complaint to him, and to you As well.
I Am Constantly being Exposed to Asbestosis,
Chip And peeling paint off the Wall's. The back
Walls of my Cell is Covered with "Black Mold"
Not to Mention my Cell being infested With Roaches,
Mice, And/or Rat's And Seasonal bug's. These Above
Mentioned Condition's Are A Violation of my
Constitutional Rights. I Would highly Appreciate it if you
Could Fix these Conditions

Respectfully

Falanzo Hixson
#K83547

(Exhibit #5)

To: Warden M. Lemke    Date: June 21st 2013
From: Falanzo Hixson # K83547
Subject: Exposed To life Threating Conditions

Warden Lemke, I have been in Segregation Cell # 152
Since May 30th 2013. Since I been in this Cell I have
been Exposed To paint Peelings And chipping's which Event
(According to Maintenance) Exposes me to Asbestosis.
NotWithStanding the fact that my cell is infested
With Roaches, Spiders, Rat's And/or Mice As Well As
Seasonal insects.
   The back of my cell Wall is Covered with Black M
Inhaleing Asbestosis And Black Mold is truly A
deadly Combination! Moreover, one day i was Abou'
To Eat my food And there was a Spider in it.
The condition's of my cell is Not only life threating bu
it Violate's my Constitutional Right's.
   I would Appreciate Sir if these inhumane Conditi
Are Remedied.
                    Respectfully

          Falanzo Hixson K83541

Exhibit #6

To: Warden M. Lemke                    July 3'
From: Falanzo Hixson #K83547

I am presently Occupying Cell #432. from May 30'
2013 until this very day, I have And Still is Expose
To inhumane, Life threating Conditions Which is
directly in Conflict with my Constitutional Rights.
    Sir I Am not looking for the Ritz Hotel Condition
I'm only Seeking to live without the infestation o
Seasonal insect's, mice, And/or Rats, spider's And Roach
As it was in my old Segregation Cell #152

    Warden Lemke, I Would Appreciate it if
you Could Eliminate these inhumane Condition

                    Respectfully

Falanzo Hixson
K83547

*Exhibit #7*

ILLINOIS DEPARTMENT OF CORRECTIONS

**OFFENDER'S GRIEVANCE**

| | | |
|---|---|---|
| Date: 7/23/13 | Offender: (Please Print) Falonzo Hixson | ID#: K83547 |
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Living Conditions

- [ ] Disciplinary Report: ____/____/____
  Date of Report        Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
**Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
**Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
**Chief Administrative Officer,** only if EMERGENCY grievance.
**Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On May 30th 2013, I was Confined to Segregation Cell #152. The Following inhumane Conditions Existed But Not limited To, Cell #152. I was Exposed to "Black Mode" And "Asbestos's" All over the wall. The Cell is infested with "Roaches" Everywhere As well As on me when I Sleep. "Mice And/or Rats" would Crawl All over my Property And Paint Peeling And Chipping's Are All over the Floor And Desk. On June 3rd 2013 I found A "Spider" Crawling in my Food Tray On June 28th 2013, I moved from Cell #152 to Cell #432 in F-House. The inhumane Conditions which I described

**Relief Requested:** I would Truly Appreciate it if the herein Mention inhumane Conditions Could be Resolve To meet my Constitutional Rights.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| | | |
|---|---|---|
| *Falonzo Hixson* | K83547 | 7/23/13 |
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

| | | |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response ____/____/____ |

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ____/____/____

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Existed in Cell # 152, followed Me to Cell # 432. The Conditions of Cell # 432 Are the Same, if not Worse, than in Cell # 152. I have Constantly Wrote letters to Seargeant Durrant, LT. Malkowsk? And Warden M. Lemke Seeking A Remedy to the herein Mentioned Unconstitutional Conditions. But to No Avail.

(Exhibit #8)

## ILLINOIS DEPARTMENT OF CORRECTIONS
## OFFENDER'S GRIEVANCE

| Date: 3-9-14 | Offender: (Please Print) Falanzo Hixson | ID#: K-83547 |
|---|---|---|

| Present Facility: Stateville | Facility where grievance issue occurred: Stateville |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property ☐ Mail Handling ☐ Restoration of Good Time ☐ Disability

☒ Staff Conduct ☐ Dietary ☐ Medical Treatment ☐ HIPAA

☐ Transfer Denial by Facility ☐ Transfer Denial by Transfer Coordinator ☒ Other (specify): Living Conditions

☐ Disciplinary Report: ____/____/____ _____
                  Date of Report                    Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
    **Counselor,** unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
    **Grievance Officer,** only if the issue involves discipline at the present facility or issue not resolved by Counselor.
    **Chief Administrative Officer,** only if EMERGENCY grievance.
    **Administrative Review Board,** only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 7/23/13 I Filed A Grievance, about my living Conditions while i was in Cell 152 and 432 in F-House. I Sent my Grievance to my Counselor (MRS. Harris at that time) and i was Told it was Forwarded to the Grievance Office by MRS Harris, Its been 8 months and I heard Nothing From the Grievance OFFice. I still have a Copy of the Grievance. I Sent to Counselor Harris. (Copy Attached) As of 3-21-14 I was place back in F-House under the Same Conditions, which my Constitutional Right Are Still being Violated.

**Relief Requested:** I would like the herein Mention inhumane Conditions To be Resolve To meet my constitutional Rights, And be moved From F-House to The Quarter Units (B, C, D, ore House)

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Falanzo Dixson | K-83547 | 3, 9, 14 |
|---|---|---|
| Offender's Signature | ID# | Date |

*(Continue on reverse side if necessary)*

---

### Counselor's Response (if applicable)

Date Received: 3 / 19 / 14    ☐ Send directly to Grievance Officer    ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL. 62794-9277

Response: Once a grievance is filed it goes through a process in the order in which it was received. Offender will receive a response once the process is completed. (Duplicate)

| Kim Duvall | RDuvall | 3, 19, 14 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

### EMERGENCY REVIEW

Date Received: ____/____/____

Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ____/____/____
Chief Administrative Officer's Signature      Date

---

Distribution: Master File; Offender            Page 1            DOC 0046 (Rev. 3/2005)
                                 Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** (Continued)

Exhibit #9

To: LT. Malkowski.                    July 20, 2013
From: Falanzo Hixson #K83547
Subject: Pain in my Right Ear

   I Can't hear out my Right Ear, I am Constantly
hearing Crackling in my Ear. And I am Experiencing
Extreme Pain to the Point where i Can't Sleep. I stick
Things in my Ear to try and stop the Crackling. But
Nothing Works.
                          Respectfully

Falanzo Hixson
K83547

(Exhibit # 10)

To: Dr. Davis                                July 21, 2013
From: Falanzo Hixson # K83547
Subject: Pain in Right Ear.

I'm Writing you because I been trying to get my Ear Checked out Cause i can't hear out my Right Ear. And i am Constantly hearing Crackling in my Ear. The pain is to a point where I can't sleep, I've Even Tried Sticking thing's in my Ear but Nothing works.

Falanzo Hixson # K83547          Respectfully

To: Dr. Obasis,                                    July 21, 2013
From: Falanzo Hixson #K-83547
Subject: Pain in Right Ear

I'm writing you because I've been trying to find
out what is wrong with my Right Ear. I can't hear out
of it, And I'm constantly hearing Crackling in my Ear, The
Pain is so bad i can't sleep. I even tried sticking things
in my Ear, But Nothing works.

                                        Respectfully

Falanzo Hixson #K-83547

Exhibit # 12

To: Warden M. Lemke                                    July 24th 2013
From: Falanzo Hixson #K-83547
Subject: Pain in Right Ear

    Warden Lemke, Sir i'm Writing because I been
Trying to get Medical Attention Cause i Can't hear out
my Right Ear, Except For Crackling Sounds, The Pain is so
Bad i Cant scarcely sleep, I tried sticking things in my Ear
But nothing Helps. I've Wrote Both DR Obosis and DR. Davis
But nobody Responded.

                    Respectfully

Falanzo Hixson #K83547

(Exhibit #13)

**STATEVILLE CORRECTIONAL CENTER**
Notification Of Appointment to HCU

Page#_____

Name __HIXSON__     Number __K83547__     Date __08 / 06 / 13__

Cell# __F432__  Time to Report __9am__     Assignment_____

| | | | |
|---|---|---|---|
| __ Lab | __ X-Ray | __ Dietician | __ Seizure Clinic |
| __ E.R. | __ OPHTH | __ Infirm Adm | __ Diabetic Clinic |
| __ P.T. | __ ORTHO | __ M.D. in E.R. | __ Hypertensive Clinic |
| __ OPT | __ Dental | __ Asthma Clinic | __ Infec. Control Nurse |
| __ POD | __ Physicals | __ Surgery Clinic | __ Mental Health_____ |

__X__ Other

I/H  R·N / S.C

Special Instructions:

__ NPO -(Nothing By Mouth After 12:00 Midnight)

__ I Accept This Pass_____
          Inmate Signature

__ I Refuse This Assignment _____
          Inmate Signature

If you are on a psychotropic medication. This will be discontinued or
Tapered off.  If you do not come to your next scheduled appointment.

__ Reason for Refusal_____

Witness_____
          CMT Signature

** If You fail to keep this appointment (NO SHOW) you will have to **
     Re-schedule your own appointment thru the CMT.

__ No Show_____

Attempts to deliver this pass made at the following times:

P.N.'S_____     Reason not delivered_____

Midnights_____     Reason Not delivered _____

__ R.N. Notified of inability to deliver Pass
Signature of CMT_____  P.M._____  M.N._____  A.M.
Signature of R.N._____  P.M._____  M.N._____  A.M.

Time inmate departed Assignment_____  Officer_____
TIME Inmate arrived at HCU _____  Officer_____
Time Inmate departed HCU _____  Officer_____
Time Inmate Arrived Assignment_____  Officer_____

IL 426- DOC 2234  Revised 04/93

White-- Inmate
Yellow--Provider

(Exhibit #14)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

Offender Information:

Last Name: Hixson   First Name: Falanzo   MI: ___   ID#: K83547

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | MD Note | |
| 8/6/13 | Presents to HCU for eval of ear discomfort (right) which has been present x 3 weeks. | → Cortisporin Otic 4 drop QID x 3 days |
| | O.V.S Noted | |
| | Gen: Awake, alert + oriented | |
| | HEENT: Arthropod seen. right canal. Flushing removed it. Some residual erythema. | |
| | A/P. Arthropod, right ear canal - Now removed. Rx Cortisporin otic. F/u prn.   Alt Orders | |
| | noted _____ 8/6/13 | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Printed on Recycled Paper

To: Warden M. Lemke                    8/13/13
From: Falanzo Hixson * K83547
Subject: inhumane living Conditions / Inadequate Medical Care

Warden Lemke, After Many letter's of Complaint And one (1) Grievance, The Root of my Constant Excruciating pain in my Ear was discovered!

I Went to the hospital to have my Right Ear Flushed out And To Me, Nurse Candice, Wendy, Lydia And DR. Davis Suprise, Roaches was Flushed-Out my Ear.

I was Also diagnois with having A Swollen and infected Ear. I was prescribed Some Ear Antibiotics (Neomycin and polymyxin B Sulfates and Hydrocortisone Otic.)

I Requested Some medication For my pain To DR Davis But to no Avail. DR. Davis Responce was" lets See how this Antibiotic Work First.

Can i be Scheduled to See the doctor As Soon As Possible So i Could get Some pain medication.

Respectfully
Falanzo Hixson K83547

*(Exhibit #16)*

*BEGIN USING FROM BOTTOM UP*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417     Noted by: _____ Date: _____

---

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _____ Reg. # _____ Date: _____

Problem _____

ORDER: (Physician's Signature After Last Order) _____

_____

_____

_____

DEA/Illinois Lic. # _____ Physician (Print) _____

☐ May Substitute _____ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417     Noted by: _____ Date: _____

---

*(Exhibit #16)*

**State of Illinois**
**Dept. of Corrections**

**PRESCRIPTION ORDER**
**Chart Copy (Not a prescription)**

Patient _Dixson, F_ Reg. # _K83547_ Date _8/6/13_

Problem _____

ORDER: (Physician's Signature After Last Order) _Cortisporin Oto 4 drops Q/D x 3days_

_____

DEA/Illinois Lic. # _____ Physician (Print) _Ann Davis_

☐ May Substitute _Dav_ M.D.
☐ May Not Substitute _____ M.D.

DCA 7000
IL 426-1417     Noted by: _Henning, LPN_ Date: _8/6/13_

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

| Date: 9-24-13 | Offender: (Please Print) Falanzo Hixson | ID#: K83547 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [x] Restoration of Good Time
- [x] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): ON GOING Matters.

- [ ] Disciplinary Report: ____/____/____
  Date of Report ____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 8-6-13 I was Scheduled for Sick Call because of A problem To my Right EAR. After being Examined by Nurse's from F-House Sick Call, I was Sent to the Emergency Room for A Second (2nd) Examination, As a Result of the Second Examination, The Source of my Excessive Pain was Flushed out of my EAR... After Dr. Davis Flushed out Roaches, I was diagnois with having A Swollen and infected EAR which Caused Dr. Davis To prescribed Some Antibiotic's, I asked Dr. Davis, may i have Some pain medication, But Dr. Davis Responds was "lets See how this Antibiotics Work" I am siting in my cell Suffering From this Excruciating and unnecessary Pain. Thus Far, I've wrote Countless letters To Proper officals With the Pain

**Relief Requested:** I would like tobe Scheduled To See the Doctor as Soon as possible And be Compensated $150.00 Per Day Subsequent of this Date: August 6th 2013 for Pain and Suffering.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

| Falanzo Hixson | K83547 | 9, 24, 13 |
|---|---|---|
| Offender's Signature | ID# | Date |

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

| Date Received: 10, 2, 13 | [ ] Send directly to Grievance Officer | [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277 |
|---|---|---|

**Response:** A copy of this grievance has been Forwarded to the HCU For Review and Response and the original grievance has been Forwarded to the Grievance office. You will receive a Final Response From the Grievance office when the health care unit responds to Same.

| R. Bishop | [signature] | 10, 3, 13 |
|---|---|---|
| Print Counselor's Name | Counselor's Signature | Date of Response |

---

**EMERGENCY REVIEW**

| Date Received: ____/____/____ | Is this determined to be of an emergency nature? | [ ] Yes; expedite emergency grievance [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner. |
|---|---|---|

| | |
|---|---|
| Chief Administrative Officer's Signature | Date |

Distribution: Master File; Offender                Page 1                DOC 0046 (Rev. 3/2005)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE (Continued)**

I'm Enduring As A Result of those Roaches getting Flushed out of my Ear. Now However Grievant Want to be ReExamined by Stateville's Appropiate Medical Personnel To be X-Rayed And/or To be Subjected to An MRI to Diagnose why grievant is Still being Subjected to This Excruciating Pain. Hence grievant Want to be Compensated $150.00 Perday Subsequent of this Date; August 16th 2013 for his Pain and Suffering, Coupled with Proper Medical Attention Needed.

Exhibit #18

To: Grievance Officer
From: Falanzo Hixson # K83547
Date: October 4, 2013
location: F House Cell 432

Hello, Im writing in Concern of a grievance i
Submitted 2½ months ago. It was about my
living Condition. Can you please let me Know
The status of my Grievance? because Im Still
living in the Same Conditions. It would be highly
appreciated if you can let me Know Something.

Sincerely,
Falanzo Hixson

EXHIBIT #19

TO: Grievance Officer
From Falanzo Hixson
Date. 1-21-14
Location. E House Cell 710

Greetings: This is my Second letter of Concern,
in regard of a grievance of mine. I filed a grievance
in July of 2013 (that's 6 month's ago) But i heard
nothing back yet. All im asking is you let me
Know the Status of my Grievance.

(Exhibit #30)

Grievance Officer                    3/2/14

my name is Falanzo Hixson #K-83547 located
F-House Cell 337. I'm now sending you my
Third Request for a Status Check on a Grievance
I wrote July-23, 2013, I have not heard
Nothing back from your office. I will give
you 7 Days to respond then i will Submitt a Second
Grievance in order to get a Status Check.

                                    Falanzo Hixson

State of Illinois )
                  ) SS
County of Will    )

                    Affidavit

    I, Falanzo Hixson being first duly Sworn
Under Oath depose and State that the
foregoing is true and Correct and made
upon my personal Knowledge and I am Compet-
ent to testify thereto.

    I filed a grievance on July 23, 2013 about My
living Conditions in f-House. I went thru the proper
Chain of Commands and gave the grievance to my
then Counselor Mrs. Harris. I gave it to her personaly
hand to hand. I was told by Mrs. Harris the grie-
vance would be Answered and forward to the
Grievance Office. Later, i asked her about the
grievance and She assured me the grievance has
been forwarded to the grievance office. As of 3-9-14
I heard nothing about the Grievance AFter Sending 3
Requests for a Status Check. a Second grievance
Was filed, My then Counselor Ms. Duvall for f-House
3-gallery responded to the grievance and forwarded
it to the Grievance office. And told me to wait
on the process, it takes time. I year later i heard
Nothing, so i had my Now Counselor MR.

(2) Mansfield to check on it for me, he sent me a letter and said the grievance office have NO record of Any Grivance i filed about F-House living Conditions on July 23, 2013(or) March 9, 2014. I done Everything i can to exhaust my remedies, Im willing to take a lie Detector test to Confirm I done Exactly what I said in this Affidavit. ———

Affiant  K-83547

IN THE

United States District Court,

Northern District of Illinois Eastern Division

| | |
|---|---|
| Falonzo M. Hixson | ) |
| Plaintiff/Petitioner | ) 15c 6151 |
| | ) Judge Thomas M. Durkin |
| Vs. | ) Magistrate Judge Jeffrey Cole |
| Micheal Lemke, Et, al | ) PC 1 |
| Defendant/Respondent | ) |

## PROOF/CERTIFICATE OF SERVICE

TO: United State District Court Clerk 219 S. Dearborn Ch

TO: United State District Court Clerk 219 S. Dearborn Chicago, Il 60604

PLEASE TAKE NOTICE that on July 7th , 20 15 . I placed the attached or enclosed documents in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: 7/7/15

/s/ Falonzo Hixson
Name: Falonzo Hixson
IDOC#: K83547
Address: Po Box 112
Joliet, Il
60434

Subscribed and sworn to before me this 7th day of July , 20 15 .

_____
Notary Public

OFFICIAL SEAL
JILL E HOSSELTON
NOTARY PUBLIC, STATE OF ILLINOIS
KANKAKEE COUNTY
MY COMMISSION EXPIRES: 5/31/2017