**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Hixson v. Lemke, et al.   Case Number: 1:15-cv-06151

An appearance is hereby filed by the undersigned as attorney for:
Falanzo Hixson

Attorney name (type or print): Gregory B. Bolduc

Firm:   Morse Bolduc and Dinos, LLC

Street address:   25 E. Washington Street, Suite 750

City/State/Zip:   Chicago, IL 60602

Bar ID Number: 6193489   Telephone Number:   312-251-2577
(See item 3 in instructions)

Email Address: gbolduc@morseandbolduc.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☒ Yes | ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status.   ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/2/16

Attorney signature:   S/ Gregory B. Bolduc
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015