Exhibit #1

June 2nd 2015

To: Sergant Durrant
From: Falanzo Hixson # K-83547
Subject: Conditions Of my Cell

Mr. Durrant, I Am Currently Housed in Cell #152. Sir, my cell is infested with Roaches, mice And/or Rats, Spiders And other Seasonal bug's. Moreover, the back wall of my cell is covered with Black mold and there are paint chipping And the Peeling of paint All over my Cell. I Would Truly Appreciate it if the above described Conditions Could be Remedied.

Respectfully
Falanzo Hixson K-83547

To: Sergeant Durrant          June 8th 2013
From: Falanzo Hixson K83547

Please Acknowledge: This is my Second letter of Complaint (After Several Verbal Complaint's) Concerning The Conditions of my Cell (#152) Sir As i described in my 1st letter, My Cell is infested with Roaches, mice, And Rats, Spider's As well As Seasonal bug's.

Also the back of my wall is covered with Black Mo And there Are Paint chipping's And Paint Peeling's All over my cell, I Even found A Spider Crawling in my food Tra

Sergeant Durrant, Can you At least Find A Segregation Cell where these Condition's don't Exist And move me there. If not, Can you Eliminate the inhumane Conditions in my cell.

Respectfully
Falanzo Hixson #K83547

To: Lieutenant Malkowski     June 15th 2013
From: Falanzo Hixson #K-83547
Subject: Condition of my Cell

After Several Verbal Complaint's i Wrote Sargent Durrant Two(2) Complaining letter's Concerning the Condition of my Cell (152) Sir, my Cell is infested with Roache's, Mice And/or Rat's, Spiders And Seasonal Bug's. There Are Paint Chipping's And Paint Peeling All over Cell, As well As Black Mold All over the back Wall Since I been in this Cell I had a Spider Crawling on my Food Tray, Not withstanding the Conversation i had with a Maintenance Man, Who indicated to Me that When this paint peel And chip off the wall, I am being Exposed to Asbestosis. LT. Malkowski, Can you please fix these inhumane Conditions which is in complete opposite to my Constitutional Rights.

Falanzo Hixson     Respectfully
#K-83547

To: LT. Maikowski            June 18TH 2013
From: Falanzo Hixson #K83547
Subject: Conditions Of My Cell

    I am Occupying Cell #52. I have Verbally complained to Sargeant Durrant As well As wrote letters of Complaint to him, and to you As well.
    I Am Constantly being Exposed to Asbestosis, Chip And peeling paint off the walls. The back walls of my Cell is Covered with "Black Mold". Not to Mention my Cell being infested With Roaches, Mice, And/or Rat's And Seasonal bug's. These Above Mentioned Condition's Are A Violation of my Constitutional Rights. I would highly Appreciate it if you Could Fix these Conditions.

                                Respectfully

Falanzo Hixson
#K-83547

(Exhibit #5)

To: Warden M. Lemke   Date: June 21st 2013
From: Falanzo Hixson #K-83547
Subject: Exposed To Life Threating Conditions

Warden Lemke, I have been in Segregation Cell #152 Since May 30th 2013. Since I been in this Cell I have been Exposed To paint Peelings And chipping's which Event (According to Maintenance) Exposes me to Asbestosis. NotWithStanding the fact that my cell is "infested" with Roaches, Spiders, Rats And/or Mice As well as Seasonal insects.

The back of my Cell Wall is Covered with Black M. Inhaleing Asbestosis And Black Mold is truly A deadly Combination! Moreover, one day i was about To Eat my food And there was A Spider in it. The Condition's of my Cell is Not only life threating but it Violate's my Constitutional Right's.

I would Appreciate Sir if these inhumane Conditi are Remedied.

Respectfully

Falanzo Hixson K-83547