Exhibit #6

To: Warden M. Lemke           July 3'
From: Falanzo Hixson #K83547

I am presently Occupying Cell #432. from May 30' 2013 until this very day, I have And Still is Exposed To inhumane, Life threating Conditions which is directly in conflict with my Constitutional Rights.

   Sir I Am not looking for the Ritz Hotel Condition I'm only Seeking to live without the infestation of Seasonal insect's, mice, And/or Rat's, Spider's And Roach As it was in my old Segregation Cell # 152

   Warden Lemke, I Would Appreciate it if you Could Eliminate these inhumane Condition

Respectfully
Falanzo Hixson
K-83547