To: LT Malkowski                    July 20, 2013
From: Falanzo Hixson #K83547
Subject: Pain in my Right EaR

    I Can't hear out my Right EaR, I am Constantly
hearing Crackling in my Ear. And I am Experiencing
Extreme Pain to the Point where i Can't Sleep. I stick
Things in my Ear to try and stop the Crackling. But
Nothing Works.
                        Respectfully

Falanzo Hixson
K83547

(Exhibit # 10)

To: Dr. Davis                                    July 21, 2013
From: Falanzo Hixson #K83547
Subject: Pain in Right Ear.

I'm Writing you because I been trying to get
my Ear checked out Cause, i Can't hear Out my Right
Ear. And i am Constantly hearing Crackling in my Ear.
The pain is to a point where I can't Sleep, I've Even
Tried Sticking thing's in my Ear but Nothing Works.

Falanzo Hixson #K83547                    Respectfully

To: DR. Obasis,                           July 21, 2013
From: Falanzo Hixson #K-83547
Subject: Pain in Right Ear

I'm writing you because I've been trying to Find
Out What is Wrong With my Right Ear. I Can't hear Out
of it, And I'm Constantly hearing Crackling in my Ear, The
Pain is So bad i can't Sleep. I Even tried Sticking things
in my Ear, But Nothing works.
                                    Respectfully
Falanzo Hixson #K-83547

To: Warden M. Lemke                    July 24ᵗʰ 2013
From: Falanzo Hixson #K-83547
Subject: Pain in Right Ear

    Warden Lemke, Sir i'm Writing because I been Trying to get Medical Attention Cause i Can't hear out my Right Ear, Except For Crackling Sounds, The Pain is so Bad i Can't Sleep, I tried sticking things in my Ear But Nothing Helps. I've wrote Both Dr.Obasis and Dr.Davis But nobody Responded.

                           Respectfully

Falanzo Hixson K-83547