**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE**

| Date: 7/23/13 | Offender: (Please Print) Talanzo Hixson | ID#: K-83547 |
|---|---|---|
| Present Facility: Stateville | Facility where grievance issue occurred: Stateville | |

**NATURE OF GRIEVANCE:**

- ☐ Personal Property
- ☐ Staff Conduct
- ☐ Transfer Denial by Facility
- ☐ Mail Handling
- ☐ Dietary
- ☐ Transfer Denial by Transfer Coordinator
- ☐ Restoration of Good Time
- ☐ Medical Treatment
- ☐ Disability
- ☐ HIPAA
- ☒ Other (specify): Living Conditions

- ☐ Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On May 30th 2013, I was Confined to Segregation Cell #152. The following inhumane Conditions existed But Not limited To, Cell #152. I was exposed to "Black Mode" And "Asbestosis" All over the wall. The Cell is infested with "Roaches" everywhere As well As on me when I Sleep. "Mice And/or Rats" would Crawl All over my Property And Paint Peeling And Chipping's Are All over the Floor And Desk. On June 3rd 2013 I found A "Spider" Crawling in my food Tray. On June 28th 2013, I moved From Cell #152 to cell #432 in F-House. The inhumane Conditions which I described

**Relief Requested:** I would Truly Appreciate it if the herein Mention inhumane Conditions Could be Resolve To meet my Constitutional Rights.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Talanzo Hixson / Offender's Signature     K83547 / ID#     7/23/13 / Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: ___/___/___
☐ Send directly to Grievance Officer
☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

Print Counselor's Name _____ Counselor's Signature _____ Date of Response ___/___/___

**EMERGENCY REVIEW**

Date Received: ___/___/___
Is this determined to be of an emergency nature?
☐ Yes; expedite emergency grievance
☐ No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature _____ Date ___/___/___

Distribution: Master File; Offender     Page 1     DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

Existed in Cell #152, followed Me to Cell #432. The Conditions of Cell #432 Are the Same, if not Worse, than in Cell #152. I have Constantly Wrote letters to Sergeant Durrant, Lt. Malkowski And Warden M. Lemke Seeking A Remedy to the herein Mentioned Unconstitutional Conditions, But to No Avail.