(Exhibit #74)

## Illinois Department of Corrections

### Offender Outpatient Progress Notes

### Stateville Correctional Center

**Offender information:**

Last Name: Hixson   First Name: Falanzo   MI: ___   ID#: K83547

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/6/13 | MD Note<br>Presents to HCU for eval of ear discomfort (right) which has been present × 3 weeks.<br>O: VS Noted<br>Gen: Awake, alert & oriented<br>HEENT: Arthropod seen, right canal. Flushing removed it. Some residual erythema.<br>A/P: Arthropod, right ear canal — Now removed.<br>Rx Cortisporin otic.<br>F/u prn. | → Cortisporin Otic 4 drop QID × 3 days<br><br>Noted CMSunnwrth 8/10/13 |