To: Warden M. Lemke  8/13/13
From: Falanzo Hixson* K-83547
Subject: inhumane living Conditions / Inadequate Medical Care

Warden Lemke, After Many letter's of Complaint And one (1) Grievance, The Root of my Constant Excruciating pain in my Ear was discovered!

Today I went to the hospital to have my Right Ear Flushed out And To Me, Nurse Candice, Wendy, Lydia And Dr. Davis Suprise, Roaches was Flushed-Out my Ear

I was Also diagnois with having A Swollen and infected Ear. I was prescribed Some Ear Antibiotics (Neomycin and polymyxin B Sulfates and Hydrocortisone Otic)

I Requested Some medication For my pain To Dr Davis But to no Avail. Dr. Davis Responce was "lets See how this Antibiotic work First,

Can I be Scheduled to See the doctor As Soon As Possible So i Could get Some pain medication,

Respectfully
Falanzo Hixson K-83547