## ILLINOIS DEPARTMENT OF CORRECTIONS
### OFFENDER'S GRIEVANCE

**Date:** 9-24-13
**Offender:** Falanzo Hixson
**ID#:** K83547
**Present Facility:** Stateville
**Facility where grievance issue occurred:** Stateville

**NATURE OF GRIEVANCE:**
- [ ] Personal Property
- [ ] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Disciplinary Report: ___/___/___
- [ ] Mail Handling
- [ ] Dietary
- [x] Medical Treatment
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): ON GOING Matters.

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** On 8-6-13 I was scheduled for sick call because of a problem to my Right Ear. After being examined by Nurse's from F-House Sick Call, I was sent to the Emergency Room for a Second (2nd) Examination. As a Result of the Second Examination, The Source of my Excessive Pain was flushed out of my Ear... After Dr. Davis Flushed out Roaches, I was diagnosis with having a swollen and infected Ear which caused Dr. Davis to prescribed some Antibiotic's, I asked Dr. Davis, May I have some pain medication, But Dr. Davis Responde was "lets see how this Antibiotics Work" I Am Siting in my cell Suffering from this Excruciating and Unnecessary Pain. Thus Far, I've wrote countless letters to Proper officials with the Pain

**Relief Requested:** I would like to be Scheduled to See the Doctor As Soon As possible And be Compensated $150.00 Per Day Subsequent of this Date: August 6th 2013 for Pain and Suffering.

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Offender's Signature: Falanzo Hixson
ID#: K83547
Date: 9/24/13

(Continue on reverse side if necessary)

### Counselor's Response (if applicable)

**Date Received:** 10/2/13
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

**Response:** A copy of this grievance has been forwarded to the HCU for review and response and the original grievance has been forwarded to the Grievance office. You will receive a final response from the grievance office when the Health Care Unit responds to same.

Print Counselor's Name: R. Bishop
Date of Response: 10/3/13

### EMERGENCY REVIEW

**Date Received:** ___/___/___
Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

Chief Administrative Officer's Signature: _____
Date: ___/___/___

Distribution: Master File; Offender
Page 1
DOC 0046 (Rev. 3/2005)
Printed on Recycled Paper