(Exhibit #8)

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE**

Date: 3-9-14
Offender: Falanzo Hixson
ID#: K-83547

Present Facility: Stateville
Facility where grievance issue occurred: Stateville

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment
- [ ] Disability
- [ ] HIPAA
- [x] Other (specify): Living Conditions

- [ ] Disciplinary Report: ___/___/___ Date of Report _____ Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Brief Summary of Grievance: On 7/23/13 I Filed A Grievance about my living Conditions while i was in Cell 152 and 432 in F-House. I sent my Grievance to my Counselor (Mrs. Harris At that time) and i was Told it was Forwarded to the Grievance Office by Mrs. Harris, Its been 8 months and I heard Nothing from the Grievance Office. I Still have a Copy of the Grievance I sent to Counselor Harris. (Copy Attached) As of 2-21-14 I was place back in F-House under the same Conditions, which my Constitutional Right Are Still being Violated.

Relief Requested: I would like the herein Mention inhumane Conditions To be Resolve To meet my constitutional Rights, And be moved From F-House To The Quarter Units (B, C, D, or E House).

[x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Falanzo Hixson
Offender's Signature
K-83547
ID#
3, 9, 14
Date

(Continue on reverse side if necessary)

**Counselor's Response (if applicable)**

Date Received: 3/19/14
- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility, Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Once a grievance is filed it goes through a process in the order in which it was received. Offender will receive a response once the process is completed. (Duplicate)

Kim Duvall
Print Counselor's Name
Duvall
Counselor's Signature
3, 19, 14
Date of Response