IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FALANZO MARQUEST HIXSON, | ) | |
| | ) | No. 15 CV 6151 |
| Plaintiff, | ) | |
| | ) | Judge Thomas M. Durkin |
| v. | ) | Magistrate Judge Susan E. Cox |
| | ) | |
| MICHAEL LEMKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COMES the Plaintiff, Falanzo Marquest Hixson, by his attorneys, Gregory B. Bolduc and Jason M. Maxfield, and the Defendants, Salvador Godinez, Michael Lemke, Tralon Durrett (incorrectly sued as "Sgt. Durrant"), and Randy Malkowski, by their attorney, LISA MADIGAN, Attorney General of Illinois, and hereby stipulate to the dismissal of this case with prejudice. The Plaintiff and the Defendants agree as follows:

1. This lawsuit shall be dismissed with prejudice and without leave to reinstate.

2. Each party shall bear their own attorney's fees, costs and expenses.

AGREED:

_[signature]_ Date: 9/7/16
Plaintiff
Falanzo Marquest Hixson

_[signature]_                                    _[signature]_
Gregory B. Bolduc                                Sarah H. Newman
**MORSE BOLDUC & DINOS, LLC**                    Assistant Attorney General
Counsel for Plaintiff                            Attorney for Defendants
25 E. Washington Street, Suite 750               100 West Randolph Street, 13th Floor
Chicago, IL 60602                                Chicago, Illinois 60601
(312) 251-2577/Fax (312)376-3896                 (312) 814-6131
gbolduc@morseandbolduc.com                       snewman@atg.state.il.us

Date: 9/22/16                                    Date: 9/22/16